**FILED IN CHAMBERS**
U.S.D.C. Atlanta

FEB 1 3 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MAGISTRATE NO. 1:04-M-270 |
| | : | |
| BORIS MOGILEVICH | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed February 24, 2004, charging violation of 18 U.S.C. Section(s) 1073, is dismissed as to BORIS MOGILEVICH and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _____
MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY
(404)581-6265
(404)581-6181 (Fax)

Georgia Bar No. 611790

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

## O R D E R

Now, to-wit, on the 13th day of February, 2007, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

Form USA 40-19-12
(Rev. 3/88)