**ORIGINAL**  UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

vs

**BORIS MOGILEVICH**

**WARRANT FOR ARREST**
AGENT TO ARREST

Case No.: 1:04-M-270

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **BORIS MOGILEVICH** and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT**

charging him or her with (brief description of offense):

moving and traveling in interstate commerce between Georgia and North Carolina to avoid prosecution for the crime of Violation of the Georgia Controlled Substance Act (VGCSA), which is a felony under the laws of the state of Georgia

in violation of Title 18, United States Code, Section(s) 1073

Gerrilyn G. Brill
Name of Issuing Officer

*/s/ Gerrilyn Brill*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 24, 2004          at Atlanta, GA
Date and Location

Bail Fixed at $_____          by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

2/13/07 Dismissed per Judge Scofield

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer

U.S. MARSHAL'S SERVICE
NORTHERN GEORGIA
04 FEB 24 PM 4:19
RECEIVED

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 13 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA

v.                                          MAGISTRATE NO. 1:04-M-270

BORIS MOGILEVICH

### GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed February 24, 2004, charging violation of 18 U.S.C. Section(s) 1073, is dismissed as to BORIS MOGILEVICH and Movant prays leave of Court to file the same.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

By: _____
MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY
(404)581-6265
(404)581-6181 (Fax)

Georgia Bar No. 611790

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

### ORDER

Now, to-wit, on the 13th day of February, 2007, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

Form USA 40-19-12
(Rev. 3/88)